# EXHIBIT A

Gmail

Manuel Guadian <maguadianjr@gmail.com>

---

## credit report

1 message

---

**Jennifer Smith** <JenniferS@centuryss.com> Tue, Feb 21, 2023 at 11:42 AM
To: "maguadianjr@gmail.com" <maguadianjr@gmail.com>


*Jennifer Smith*

*Certified Debt Specialist*

**Century Support Services**

2000 Commerce Loop, Suite 2111

North Huntingdon, PA 15642

Phone: 724-765-5176

Email: jennifers@centuruyss.com

Website: www.centuryss.com



See our reviews

Excellent ★★★★★ Trustpilot

Forbes ADVISOR BEST OF 2021 Century Support Services

Forbes ADVISOR BEST OF 2022 Century Support Services

4.5 Forbes ADVISOR


Century's NMLS ID# 1245669

Internet Email Confidentiality - This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information contained in this communication.

---

**Manuel Guadian - print45251387.pdf**
104K

# EXHIBIT B

xactus 370 Reed Rd., Suite 100 Broomall, PA 19008
800-243-0120

Order Verifications

Merge Credit Report

| | | | | | | |
|---|---|---|---|---|---|---|
| CENTURY SUPPORT SERVICES<br>2000 Commerce Loop<br>Ste 2111<br>North Huntingdon, PA 15642 | Customer Code: | UCIS3192 | Ordered: | 02/21/2023 | Report ID: | 45251387 |
| | Requested By: | KEN FRODYMA | Released: | 02/21/2023 | Repositories: | EQX |
| | Loan Number: | | Reissued: | | Price: | $3.12 |

## Applicant

Name Manuel Guadian
SSN DOB 05/05/1988
Current Address
3805 Tierra Fiji Ln, El Paso, TX 79938

| TransUnion | Experian | Equifax |
|---|---|---|
| | | FICO Classic v5 |

## Co-Applicant

Name
SSN
Current Address

| TransUnion | Experian | Equifax |
|---|---|---|
| | | |

## Underwriting Alerts

| Alert | Recommendation | |
|---|---|---|
| **Collection Accounts: The following account(s) are reported as collection accounts: RESURGENTR.** | Order tradeline update to confirm accuracy of reported information. | * |
| **Disputed Accounts: The following account(s) are reported as having been disputed by the consumer: OLLO/ALLY (EQX).** | **If using an automated underwriting process, order a Rapid Update. If using a manual underwriting process, order a tradeline update.** | * |

## Credit Summary