Generated: Mar 10, 2023 2:44PM



# U.S. District Court

## Texas Western - El Paso

Receipt Date: Mar 10, 2023 2:44PM

Manuel Guadian
3805 Tierra Fiji Ln.
El Paso, TX 79938

Rcpt. No: 1010 Trans. Date: Mar 10, 2023 2:44PM Cashier ID: #JM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28511398258 | 03/10/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: Civil Filing Fee, DTXW323CV000105, GUADIAN V. CENTURY SUPPORT SERVICES, LLC

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov