**FILED**
May 04, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MANUEL GUADIAN** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **CENTURY SUPPORT SERVICES, LLC**<br>a Delaware Limited Liability Company | § | **EP-23-CV-0105-DB** |
| **Defendants.** | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant CENTURY SUPPORT SERVICES, LLC., have resolved their case. Plaintiff hereby requests the Court to dismiss the case against CENTURY SUPPORT SERVICES, LLC., with prejudice.

Dated May 4, 2023,

Respectfully Submitted,

Manuel Guadian
Plaintiff, Pro Se
3805 Tierra Fiji Ln
El Paso, Texas 79938
915-472-5579
maguadianjr@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MANUEL GUADIAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CENTURY SUPPORT SERVICES, LLC** a Delaware Limited Liability Company | § | **EP-23-CV-0105-DB** |
| | § | |
| **Defendants.** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated May 4, 2023

Respectfully Submitted,



Manuel Guadian
Plaintiff, Pro Se
3805 Tierra Fiji Ln
El Paso, Texas 79938
915-472-5579
maguadianjr@gmail.com