**RECEIVED**
May 04, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MANUEL GUADIAN** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **CENTURY SUPPORT SERVICES, LLC** a Delaware Limited Liability Company | § | **EP-23-CV-0105-DB** |
| **Defendants.** | § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, 4th day of May 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

______________________________

**United States District Judge**