**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MANUEL GUADIAN,**<br>**Plaintiff,** | §<br>§<br>§ | |
| v. | § | **EP-23-CV-105-DB** |
| **CENTURY SUPPORT SERVICES, LLC, a Delaware Limited Liability Company,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

On May 4, 2023, this Court received "Plaintiff's Motion to Dismiss with Prejudice," pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 4. Therein, Plaintiff Manuel Guadian "requests the Court to dismiss the case against Century Support Services, LLC, with prejudice." *Id.* The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this 5th day of **May 2023**.

**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**